FILED
CHARLOTTE, NC

FEB 21 2018

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC



**NORTH CAROLINA WESTERN**
**MEMORANDUM**

To: The Honorable Robert J. Conrad, Jr.
U.S. District Court Judge

From: Will Kozlowski
U.S. Probation Officer

Subject: Rodney Levon Dudley
Case Number: 0419 3:16CR00192-001
OUT-OF-COUNTRY TRAVEL

Date: 2/21/2018

---

This request is written in behalf of the above named defendant, currently being supervised in the Western District of North Carolina. Mr. Dudley transferred to this district and began his supervision 11/2/2015. Since that time he has shown commitment to making meaningful changes to his life and is driven to support himself and his family. Mr. Dudley has followed up on referrals and information provided by this officer in order to improve his personal and financial well-being. He has also followed through on commitments related to drug testing and abstaining from drug use throughout supervision. Mr. Dudley was recently referred for employment with Thermoform Plastics and was hired on a part-time basis initially. Because of his performance, he has been hired full-time and is now one of their lead drivers.

The defendant has requested to take his family on a leisure cruise to The Bahamas from 2/28/18 to 3/5/18. At this time based on the information outlined in this memorandum, this officer does not object to his request. The purpose of this trip is to celebrate his recent successes and his daughter's birthday.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7621, should you have any questions.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: February 21, 2018

Robert J. Conrad, Jr.
United States District Judge