UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00192-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| RODNEY LEVON DUDLEY | ) |

**THIS MATTER** is before the Court upon a motion of the defendant for early termination of his supervised release, (Doc. No. 3), to which the government has not objected.

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year where warranted by the conduct of the defendant and the interest of justice. The defendant was sentenced to a five year term of supervised release which began on or about August 26, 2015. (Doc. No. 1-3: Judgment at 3). According to the United States Probation Officer responsible for the defendant's supervision, the defendant has complied with conditions of release, including maintaining stable employment and caring for his family and residence. (Doc. No. 3-1 at 1). The defendant intends to move out of the district to continue his employment as a long-haul truck driver. (Doc. No. 3 at 1). Therefore, the Court finds good cause to terminate supervised release early.

**IT IS, THEREFORE, ORDERED** that the motion, (Doc. No. 3), is **GRANTED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: June 27, 2019

Robert J. Conrad, Jr.
United States District Judge